# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: _14-CV-00376_

Case Title: William Dean v. City of Monticello, Minnesota

### Affidavit of Movant

I, Archana Nath, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Geoffrey H. Coll, an attorney admitted to practice and currently in good standing in the U.S. District Court for the District of Columbia, but not admitted to the bar of this court, who will be counsel for the plaintiff William Dean in the case listed above. I am aware that the local rules of this court require that an active Minnesota resident, unless the court grants a motion for a non-Minnesota resident to serve as local counsel, who is a member in good standing of the bar of this court participate in the preparation and presentation of the case listed above, and accept service of all papers served.

Check one of the following:

__X__ I am a resident of the State of Minnesota, and agree to participate in the preparation and the presentation of the case above and accept service of all papers served as required by LR 83.5(d) (sign and complete information below).

____ I am not a resident of the State of Minnesota and hereby move for permission to act as local counsel under LR 83.5(d). I agree to participate in the preparation and the presentation of the case listed above, and accept service of all papers served as required by LR 83.5(d) should my motion for a non-resident to serve as local counsel be granted by the court (sign and complete information below and attach a completed Motion for Permission for a Non-Resident to Serve as Local Counsel).

Signature: _/s/ Archana Nath_             Date: February 12, 2014

MN Attorney License #: 387662

### Affidavit of Proposed Admittee

I, Geoffrey H. Coll, am currently a member in good standing of the U.S. District Court for the District of Columbia, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion must participate in the preparation and presentation of the case listed above, and must accept service of all papers served as required by LR 83.5(d). I further understand that the District of Minnesota is an electronic court and that I consent to service required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: *[signed]* Geoffrey C. Coll     Date: 2/5/2014

Typed Name: Geoffrey H. Coll

Attorney License Number: 427232     issued by the state of District of Columbia

Law Firm Name: Schiff Hardin LLP

Law Firm Address: 901 K Street NW

    Suite 700

    Washington, DC 20001

Main phone:   (202) 778-6400

Direct line:   (202) 778-6432

E-mail address:   gcoll@schiffhardin.com