IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM DEAN, individually, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CITY OF MONTICELLO, MINNESOTA,<br><br>　　　　Defendant. | Civ. No. 14-cv-00376 (DFW/JSM) |

## PLAINTIFF'S MOTION TO PRELIMINARILY APPROVE SETTLEMENT, CERTIFY A CLASS FOR SETTLEMENT PURPOSES, APPROVE THE PARTIES' NOTICE PLAN AND SCHEDULE A FINAL FAIRNESS HEARING

Plaintiff William Dean ("Plaintiff") respectfully submits this Motion pursuant to Fed. R. Civ. P. 23 and supporting Memorandum for an Order: (1) preliminarily approving the negotiated settlement of Plaintiff's claims; (2) conditionally certifying a settlement class pursuant to Fed. R. Civ. P. 23; (3) approving the proposed Notice Plan, and (4) setting a Final Fairness Hearing date. The Settlement Agreement and Release, including the proposed form of Notice, is submitted herewith.

Dated: April 11, 2014                    By:   s/ Archana Nath
                                                    David B. Potter (#121642)
                                                    Archana Nath (#387662)
                                                    OPPENHEIMER WOLFF &
                                                    DONNELLY LLP
                                                    Campbell Mithun Tower
                                                    Suite 2000
                                                    222 S. Ninth Street
                                                    Minneapolis, MN 55402
                                                    Telephone: (612) 607-7000
                                                    Facsimile: (612) 607-7100
                                                    dpotter@oppenheimer.com
                                                    anath@oppenheimer.com

                                                    Geoffrey H. Coll
                                                    SCHIFF HARDIN LLP
                                                    901 K Street NW
                                                    Suite 700
                                                    Washington, DC 20001
                                                    Telephone: (202) 778-6432
                                                    Facsimile: (202) 778-6460
                                                    *Admitted pro hac vice*

                                                    Rick L. Frimmer
                                                    SCHIFF HARDIN LLP
                                                    233 South Wacker Drive
                                                    Suite 6600
                                                    Chicago, IL 60606
                                                    Telephone: (312) 258-5500
                                                    Facsimile: (312) 258-5600
                                                    *Admitted pro hac vice*

                                                    *Attorneys for Plaintiff*

3060028 v.1