IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| WILLIAM DEAN, individually, on behalf of himself and all others similarly situated,<br><br>    **Plaintiff,**<br><br>  **v.**<br><br>CITY OF MONTICELLO, MINNESOTA,<br><br>    **Defendant.** | Civ. No. 14-cv-00376 (DFW/JSM) |

## PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

Plaintiff William Dean ("Plaintiff") respectfully submits this Motion pursuant to Fed. R. Civ. P. 23(h) and supporting Memorandum for an Order: (1) for an award of attorneys' fees in the amount of $1.34 million dollars based upon a Lodestar calculation and multiplier. Class Counsel also seek reimbursement of an estimated $128,414.97 in Litigation Expenses that they reasonably and necessarily incurred in prosecuting and resolving this action ("Action"), including reimbursement of the fees and expenses incurred by the claims administrator for this action, and expenses incurred in connection with the disbursement of settlement funds.

This Motion is based upon all the files, records, and proceedings herein, including the Memorandum of Law in Support of Motion for an Award of Attorneys' Fees and Expenses; the Joint Declaration in Support of Final Approval & Attorney Fee Application, the Declaration of William Dean in Support of Final Approval & Attorney

Fee Application, the Declaration of Steve Platt and exhibits thereto; any further filings in

support of the Motion; and the arguments of counsel.

Dated:  August 29, 2014

By:  s/ Archana Nath
David B. Potter (#121642)
Archana Nath (#387662)
OPPENHEIMER WOLFF &
DONNELLY LLP
Campbell Mithun Tower
Suite 2000
222 S. Ninth Street
Minneapolis, MN 55402
Telephone: (612) 607-7000
Facsimile: (612) 607-7100
dpotter@oppenheimer.com
anath@oppenheimer.com

Geoffrey H. Coll
SCHIFF HARDIN LLP
901 K Street NW
Suite 700
Washington, DC 20001
Telephone: (202) 778-6432
Facsimile: (202) 778-6460
*Admitted pro hac vice*

Rick L. Frimmer
SCHIFF HARDIN LLP
233 South Wacker Drive
Suite 6600
Chicago, IL 60606
Telephone: (312) 258-5500
Facsimile: (312) 258-5600
*Admitted pro hac vice*

*Attorneys for Plaintiff*

3079798 v.1